# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS D. McQUEEN,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION 1:20-00363-KD |
| | ) |
| **ALABAMA DEPT. OF CORRECTIONS,** | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **28th** day of **August 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**